IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA B. SPARKLER,<br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>HOME INFUSION SOLUTIONS, LLC<br>d/b/a HOME SOLUTIONS INC.,<br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 13-3969 |

## O R D E R

**AND NOW**, this 6th day of December, 2013, in consideration of Defendant's Motion to Transfer Venue, or, in the Alternative, Partial Motion to Dismiss (Document No. 12, filed August 28, 2013), construed by the Court as a Motion to Transfer Venue, Plaintiff's Motion in Opposition to Defendant's Motion to Transfer of Venue, or in the Alternative, Partial Motion to Dismiss (Document No. 13, filed September 10, 2013), and Reply Memorandum of Law in Further Support of Defendant's Motion to Transfer Venue, or in the Alternative, Partial Motion to Dismiss (Document No. 18, filed September 23, 2013), for the reasons set forth in the attached Memorandum dated December 6, 2013, it is **ORDERED** that defendant's Motion to Transfer Venue is **DENIED**.   The Alternative Partial Motion to Dismiss was previously denied as moot by reason of the filing of the Amended Complaint.[1]

**IT IS FURTHER ORDERED** that defendant shall file and serve an answer or other response to plaintiff's Amended Complaint within fourteen (14) days of the entry of this Order.   Two copies of the response shall by served on the Court (Chambers, Room 12613) when the original is filed.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled by the Court in due course.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jan E. DuBois
　　　　　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**

---

[1] *See* Order dated September 27, 2013.